1  **THE AGUILERA LAW GROUP, APLC**
2  A. Eric Aguilera, Esq. (SBN 192390)
   Jason Y. Chao, Esq. (SBN 250735)
3  Thomas V. Perea (SBN 140223)
   650 Town Center Drive
4  Suite 100
   Costa Mesa, CA 92626
5  T: 714-384-6600 / F: 714-384-6601
6  eaguilera@aguileragroup.com
   jchao@aguileragroup.com
7  tperea@aguileragroup.com
8
   Attorneys for plaintiff, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
9
                       **UNITED STATES DISTRICT COURT**
10
            **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**
11

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; | ) ) ) | Case No. C-15-4951-JST |
|---|---|---|
|  | ) ) | **STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| Plaintiffs, v. | ) ) ) |  |
| CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, | ) ) ) ) ) | Judge:  The Hon. Jon S. Tigar
Date:    January 28, 2016
Time:    2:00 p.m.
Crtrm.:  9, 19th Floor |
| Defendants. | ) ) ) ) ) ) | Trial Date:  None set. |

1

Case No.: C-15-4951-JST
STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

PURSUANT TO LOCAL RULE 7-7(d), Plaintiff Travelers Property Casualty Company of America ("Travelers") and defendants Centex Homes and Centex Real Estate Corporation (collectively, "Centex") submit the following stipulation resetting the deadlines for Centex's motion to dismiss, presently set for hearing on January 28, 2015 [Dkt. No.17].

The hearing on the motion was initially set for hearing on January 7, 2015 [Dkt. No. 11]. The parties are presently in ongoing settlement discussions that could result in the dismissal of this action without prejudice. Centex agreed to continue the hearing to January 28, 2015 so as to avoid the parties having to incur time and expense in filing and serving opposing or reply papers during the pendency of these settlement discussions. Given that a continuance of the motion does not extend the time for filing and serving the opposing papers or reply papers, the parties now submit this stipulation requesting that the Court reset the deadlines for Centex's motion to dismiss. The parties request the following deadlines:

1. Any opposition must be filed by no later than December 30, 2015; and,

2. Any reply must be filed no later than January 6, 2016.

Dated:  December 4, 2015         **THE AGUILERA LAW GROUP, APLC**

_s/:  Thomas V. Perea_____
A.  Eric Aguilera, Esq.
Jason Y. Chao, Esq.
Thomas V. Perea, Esq.
Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Dated:  December 4, 2015         **PAYNE & FEARS LLP**

_s/**:** Thomas L. Vincent_____
Thomas L. Vincent, Esq.
Attorneys for Defendants
CENTEX HOMES and CENTEX REAL ESTATE CORPORATION

2

Case No.: C-15-4951-JST
STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

1 **ORDER**

2 After full consideration of the parties' stipulation to reset the deadlines for Centex's motion
3 to dismiss Travelers' Complaint, presently set for hearing on January 28, 2016, the Court finds as
4 follows:

5 IT IS HEREBY ORDERED that:

6 1. Any opposition to the motion must be filed by no later than December 30, 2015; and,

7 2. Any reply thereto must be filed no later than January 6, 2016.

9 Dated: December 4, 2015

10 Hon. Jon S. Tigar
Judge United States District Court



Case No.: C-15-4951-JST
STIPULATION AND [PROPOSED] ORDER RESETTING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT