United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, et al.,<br><br>Defendants. | Case No. 15-cv-04951-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 29 |

The parties have filed a stipulation of dismissal dated January 21, 2016.  ECF No. 29. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed without prejudice.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: January 21, 2016

_____
JON S. TIGAR
United States District Judge